UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | ) | Case No. 16-41945 |
| | ) | |
| Lowell & Lisa Davidson | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hearing Date: 4/18/16 |
| | ) | Hearing Location: 7 North at 10:00am |

**MOTION TO EXTEND THE AUTOMATIC STAY**

**WARNING: Responses may be filed until the time of the hearing. A copy must be promptly served upon the undersigned. Failure to file a timely response may result in the Court granting the relief requested prior to the hearing date**.

COMES NOW Debtor, by counsel, and for this Motion states as follows:

1. Debtor filed the above-captioned case in good faith on March 24, 2016.

2. Debtor filed a previous chapter 13 case on December 23, 2015 (15-49440) that was dismissed on March 18, 2016 for failure to make plan payments.

3. Debtors previous case was filed with another attorney's office. Debtors were not clear as to their obligations nor to their plan payment amount as it had changed. Debtors also planned to surrender their vehicles but were unable to obtain financing for replacing vehicles so Debtors are now planning to retain both vehicles.

4. Debtor wife's income also increased as of March when she changed employer's.

5. Debtor seeks an extension of the automatic stay pursuant to 11 U.S.C. §362(c)(3)(B) to all creditors.

WHEREFORE, Debtor prays that this Court enter its order continuing the automatic stay to all parties of interest until further order or discharge is granted.

Teague & Associates, LLC
RESPECTFULLY SUBMITTED,
Teague & Associates, LLC
By:____/s/ Morgan Teague_____
Morgan Teague, 62614MO
2536 S. Old Hwy 94, Ste 222
(636) 244-5277
(fax) (636) 244-5279
email: morgan@teaguelawassociates.com

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was served either through the Court's ECF system or by regular mail on 3/24/16 to:

/s/ _Morgan Teague_

John V. LaBarge, Jr.
Through ECF

AAA
12901 N 40 Dr.
Saint Louis, MO 63141-8634

AE Outfitters
PO Box 530993
Atlanta, GA 30353-0993

Amazon
PO Box 960013
Orlando, FL 32896

Ameren UE
1901 Chouteau Ave.
Saint Louis, MO 63104

ATT
PO Box 5014
Carol Stream, IL 60197-5014

Bank of America
7105 Corporate Dr.
Plano, TX 75024

Barclay Card
PO Box 1337
Philadelphia, PA 19101-3337

Boone Hospital
1600 E Broadway
Columbia, MO 65201-5844

Callaway County
10 East 5th Street
Fulton, MO 65251

Capital One
PO Box 6492

Carol Stream, IL 60197-6492

Care Credit
PO Box 960061
Orlando, FL 32896-0061

Charter Communications
4670 E. Fulton Ste 102
Ada, MI 49301

Check N Go
c.o Real Time Resolutions
PO Box 566027
Dallas, TX 75356-6027

Collection Bureau of America
25954 Eden Landing Rd.
Hayward, CA 94545-3816

Convergent Outsourcing
10750 Hammerly Blvd Ste 200
Houston, TX 77043

Country Door Inspirations
1112 7th Ave.
Monroe, WI 53566-1364

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Dianostic Imaging Associates
PO Box 66997
Saint Louis, MO 63166-6997

First Choice Power
1031 W Main St #100
Lewisville, TX 75067-3517

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117

Gettington/WebBank
PO Box 166
Newark, NJ 07101-0166

Great Plains Lending
1050 E 2nd St. #500
Edmond, OK 73034-5313

Greystar Management
PO Box 2706
Lynnwood, WA 98036-2706

Heights Finance
3610 S Clark St.
Mexico, MO 65265-4104

Help Card Credit
PO Box 829
Springdale, AR 72765-0829

Incommons Bank
301 E Commerce St.
Mexia, TX 76667-2821

Internal Medicine of St. Luke's
121 Saint Luke's Center Dr. Ste 504
Chesterfield, MO 63017-3509

Kohl's
PO Box 2983
Milwaukee, WI 53201-2983

Labcorp
PO Box 2240
Burlington, NC 27216

LCA Collections

PO Box 2240
Burlington, NC 27216-2240

Liberty Utilities
5754 W 11th St. Ste 100
Greeley, CO 80634-4811

Loanme.com
PO Box 5645
Murrieta, CA 92563-5645

Mayo Clinic
200 1st St SW
Rochester, MN 55905-0001

Medicredit
PO Box 1629
Maryland Heights, MO
63043

Mercy Clinic East
Communities
PO Box 504655
Saint Louis, MO 63150-
4655

Mercy Virtual Business
Office
1730 E Portland
Springfield, MO 65804

Merrick Bank
PO Box 660702
Dallas, TX 75266-0702

Mid American Credit Union
8404 W Kellog
Wichita, KS 67209

Monroe and Main
1112 7th Ave
Monroe, WI 53566-1364

Net Credit
175 W Jackson Blvd Ste 100
Chicago, IL 60604-2863

NTTA
PO Box 660244
Dallas, TX 75266-0244

Palomar Apartments
5372 Old Jacksonville Hwy
Tyler, TX 75703-3345

Phillips 66
PO Box 530942
Atlanta, GA 30353-0942

Plain Green Loan
PO Box 270
Box Elder, MT 59521-0270

Pro Dental
1700 E Pointe Dr Ste 300
Columbia, MO 65201-6987

Professional Service Bureau
11110 Industrial Circle NW
Suite B
PO Box 331
Elk River, MN 55330-0331

S. Luke's Hospital Lab
232 S Woods Mill Rd.
Chesterfield, MO 63017-
3417

St. Luke's hospital
PO Box 60974
Saint Louis, MO 63160-
0974

SYNCB/JC Penney
PO Box 965036
Orlando, FL 32896-5036

Synchrony Bank/Maurice's
PO Box 182789
Columbus, OH 43218-2789

The Reserve at
Fountainview
1000 Fountainview Cir
Saint Charles, MO 63303-
3184

US Cellular
PO Box 12914
Norfolk, VA 23541-0914

Verizon Wireless

PO Box 26055
Minneapolis, MN 55426

Victoria Secret
PO Box 659728
San Antonio, TX 78265-
9728

Virtuoso Sourcing Group
4500 E Cherry Creek South
Dr. Ste 300
Denver, CO 80246-1531

VW Credit Leasing Ltd.
PO Box 9013
Addison, TX 75001

Walmart
PO Box 960024
Orlando, FL 32896-0024

Walmart
702 SW 8th St.
Bentonville, AR 72716

West County Radiology
11475 Olde Cabin Rd Suite
200
Saint Louis, MO 63141

William Gray

Woods Mill Orthopedics Ltd
224 South Woods Mill Rd
Ste 330S
Chesterfield, MO 63017-
3497